# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the

_____ District of _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

UNITED STATES OF AMERICA
V.
**Jorge Barrera**

# ATTACHMENT "A"

I, Hector Benavides, a Homeland Security Investigations (HSI) Special Agent (SA), have knowledge of the following facts derived, in part, from either my personal observations, my training and experience, and/or information obtained from other agents and witnesses:

1. On July 25, 2025, at approximately 5:17 p.m., Jorge BARRERA, was traveling inbound into the United States, from Mexico, via the Juarez-Lincoln Port of Entry (POE) in Laredo, Texas. Customs and Border Protection Officers (CBPO) encountered BARRERA and noted he was wanted for questioning by the Laredo Police Department (LPD). BARRERA was subsequently referred to the secondary inspection area while CBPOs contacted LPD.

2. At approximately 5:40 p.m., LPD Investigators contacted HSI Special Agent (SA) H. Benavides and requested assistance in conducting an interview with BARRERA at the POE. Investigators informed SA Benavides that BARRERA was a suspect in the theft of two Chevrolet Silverado pickup trucks that occurred on July 21, 2025. Information in LPD possession indicated BARRERA exported both vehicles during the early morning hours of July 22, 2025.

3. At approximately 7:00 p.m., SA Benavides arrived at the POE and met with CBPOs and LPD Investigator R. Hernandez. Investigator Hernandez shared information that included two outbound videos and two inbound photographs of a masked male subject exporting into Mexico from the United States two confirmed stolen pickup trucks. First, at 4:49 a.m., an outbound camera recorded a masked male subject wearing a white t-shirt export a stolen Chevrolet Silverado pickup truck, bearing Texas plate PDT3598 into Mexico. Next, a photograph of the inbound CBP pedestrian lane revealed a male subject identified as BARRERA, wearing a white t-shirt, being inspected by CBPOs as he is entering the United States from Mexico at 5:07 a.m. Then, at 5:31 a.m., an outbound CBP camera again recorded the same masked, but now shirtless, male subject export a second stolen Chevrolet pickup truck, bearing Texas plate VWB0608 into Mexico. Finally, a photograph of the inbound CBP pedestrian lane revealed BARRERA, wearing the same white t-shirt as before, being inspected again by CBPOs as he is entering the United States from Mexico at 5:46 a.m.

4. At 7:14 p.m., Investigator Hernandez read BARRERA his Miranda Rights, which BARRERA waived and agreed to answer questions. When BARRERA was confronted about his involvement in the illegal exportation of the two stolen Chevrolet Silverado pick-up trucks on July 22, 2025, BARRERA denied any knowledge and involvement in the crime. At 7:35 p.m., the interview was terminated. SA Benavides seized BARRERA's cell phone and BARRERA was released. SA Benavides submitted BARRERA's cell phone for a forensic examination and data extraction.

5. On August 12, 2025, SA Benavides received two videos of the CBP pedestrian lane cameras that recorded the inbound events on July 22, 2025. The videos captured BARRERA as he was being inspected by CBPOs entering the United States from Mexico at 5:07 a.m. and 5:46 a.m.

SA Benavides noted the inbound cameras captured BARRERA wearing the same gold in color bracelet on his right wrist as the masked driver was wearing as captured by the outbound CBP cameras.

6. On August 13, 2025, BARRERA's cell phone data extraction became available for review. During an examination of the data, a text message conversation was located between an unknown individual and BARRERA. The messages revealed that on July 22, 2025, BARRERA agreed to export into Mexico from the United States the two stolen pickup trucks for a fee of $200 each.